IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

WESLEY W. GRAVES                                                      PLAINTIFF

V                          CASE NO. 5:17-CV-05009

BENTON COUNTY SHERIFF'S OFFICE
SECOND SHIFT E-POD OFFICERS & SUPERIORS;
DEPUTY KELL; DEPUTY WILMETH;
SERGEANT DWYER; CORPORAL KEMP; and
INMATE CHRISTOPHER THORNSBERRY                                        DEFENDANTS

## OPINION AND ORDER

This is a civil rights case filed by the Plaintiff under the provisions of 42 U.S.C. § 1983. Plaintiff proceeds *in forma pauperis* and *pro se*. Plaintiff is incarcerated at the Benton County Detention Center.

By order (Doc. 3) entered on January 10, 2017, Plaintiff was advised that he could not name as Defendants all officers and supervisors on second shift. Instead, he was advised that he must name as Defendants only those individuals who were personally involved in violating his federal constitutional rights. Plaintiff was given until January 17, 2017, to respond to the order.

Plaintiff did not respond to the order. On March 13, 2017, a show cause order (Doc. 8) was entered. Plaintiff was given until April 3, 2017, to show cause why this case should not be dismissed due to his failure to prosecute this action and his failure to obey the order of the Court.

To date, Plaintiff has not responded to the show cause order. He has not requested an extension of time to respond. No mail has been returned as undeliverable. For these

reasons, this case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute this action and failure to obey the orders of the Court. Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED** on this \_\_14th\_\_ day of April, 2017.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE